UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DANIEL SINCLAIR, an individual, on behalf of himself, and all persons similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation,<br><br>        Defendant. | CASE NO. 4:11-CV-1698-WHA<br><br>[~~PROPOSED~~] **ORDER SUPPLEMENTING CASE MANAGEMENT SCHEDULING ORDER** |

      Plaintiff Daniel Sinclair and Defendant Bank of America, N.A. have presented to the Court a stipulation (Dkt. Entry 21) to supplement the Case Management Scheduling Order (Dkt. Entry 20).

      Good cause appearing therefore, the Court hereby adopts the parties' stipulation and orders that the Case Management Scheduling Order (Dkt. Entry 20) be supplemented as follows:

      (1)    The parties shall disclose the identity of any experts that may provide a report in connection with class certification briefing, which would include the

general subject matter upon which the expert would opine. Plaintiff's disclosure shall be made thirty (30) days before the class certification motion is filed.

  (2) Defendant's disclosure shall be made fifteen (15) days before the class certification motion is filed.

  (3) The parties shall make each other's experts available for deposition upon the other party's request.

**IT IS SO ORDERED.**

DATED: August 8, 2011.     _____
             HON. WILLIAM ALSUP
             UNITED STATES DISTRICT JUDGE