1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

14
15
16
17
18
19
20
21
22

| | |
|---|---|
| DANIEL SINCLAIR, an individual, on behalf of himself, and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a Delaware Corporation,<br><br>Defendant. | Case No. **CV 11-1698-WHA**<br>(Class Action)<br><br>**ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Judge:     Hon. William Alsup<br><br>Complaint Filed: April 6, 2011 |

23
24
25
26
27
28

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First
2  Amended Complaint. The Stipulation is **GRANTED**. Plaintiff has leave to file the First
3  Amended Complaint and must file it on the docket by August 31, 2011. Defendant shall
4  have thirty (30) days after the filing to file a responsive pleading.

5

6  **IT IS SO ORDERED.**

7
   DATED: August 29, 2011.                              _____
8                                                       HONORABLE William Alsup
                                                        United States District Judge